UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLON GREEN,<br><br>                    Plaintiff,<br><br>   v.<br><br>IONE ROWE, *et al.*,<br><br>                   Defendants. | Case No. C12-117-RSM<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed plaintiff's original complaint, plaintiff's amended complaint, the Report and Recommendation of James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's amended complaint, and this action, are DISMISSED, without prejudice, under 28 U.S.C. § 1915(e)(2)(B).

(3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 23 day of July 2012.

                                                             RICARDO S. MARTINEZ
                                                             UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION
PAGE - 1